# GLPC | LAW OFFICE OF GABRIEL A. LEVY, P.C.

1129 Northern Boulevard, Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☏ (347) 941-4715

April 22, 2025

Hon. Judge Margaret M. Garnett
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007


RE:    **AUSTIN v. PRINCIPESSA SOHO LLC, et al.**
       **DOCKET NO. 1:24-cv-8994**

Dear Judge Garnett :

The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to provide a status update and respectfully request a 30-day extension of time for the parties to file the joint letter currently due April 23, 2025 (Doc. 7). This is the parties' second request for an extension.

On March 24, 2025, the defendant filed a letter motion requesting an extension of time to submit the joint letter, which the Court granted, extending the deadline to April 23rd (Doc. 10). Since that time, the parties have engaged in meaningful settlement discussions. While a final agreement has not yet been reached, the parties believe that an additional 30 days should be sufficient to finalize a resolution.

I thank the Court for its time and consideration on this matter.

GRANTED.  The deadline to submit the joint letter pursuant to this Court's prior order (*see* Dkt. No. 7) is extended to **May 23, 2025.**

SO ORDERED.  Dated April 25, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully,

Gabriel A. Levy